UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. C-13-01089 DMR |
|       Petitioner, | ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
|       v. | |
| TIM SUK, | |
|       Respondent. | |

Good cause having been shown by the Petitioner upon its petition filed in the above entitled proceeding on March 11, 2013, it is hereby:

**ORDERED** that Respondent TIM SUK appear before this Court on **June 13, 2013, at 11 a.m.**, at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). Respondent is ordered to then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil

1  Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is
2  further
3      **ORDERED** that within twenty-one (21) days before the return date of this Order,
4  Respondent may file and serve a written response to the petition, supported by appropriate
5  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion
6  Respondent desires to make, that the Petitioner may file and serve a written reply to such response,
7  if any, within fourteen (14) days before the return date of this Order; that all motions and issues
8  raised by the pleadings will be considered on the return date of this Order, and only those issues
9  raised by motion or brought into controversy by the responsive pleadings and supported by
10 affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested
11 allegation in the petition will be considered admitted.

13      IT IS SO ORDERED.

15 Dated: April 18, 2013

DONNA M. RYU
United States Magistrate Judge