**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff(s),<br><br>   v.<br><br>TIM SUK,<br><br>        Respondent(s).<br>_____/ | No. C-13-01089 DMR<br><br>**ORDER VACATING STATUS CONFERENCE** |

    The Status Conference previously scheduled for June 12, 2013 has been VACATED. The court's previous order that Respondent Tim Suk appear before this Court on **June 13, 2013, at 11 a.m.**, to show cause [Docket No. 6] is not affected by this order.

    Immediately upon receipt of this order, Plaintiff is directed to serve a copy on Respondent and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: May 29, 2013

_____
DONNA M. RYU
United States Magistrate Judge