UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C-13-01089 DMR |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| TIM SUK, | |
| Respondent(s). | |

The Status Conference previously scheduled for June 12, 2013 has been VACATED. The court's previous order that Respondent Tim Suk appear before this Court on **June 13, 2013, at 11 a.m.**, to show cause [Docket No. 6] is not affected by this order.

Immediately upon receipt of this order, Plaintiff is directed to serve a copy on Respondent and file a proof of service with the court.

IT IS SO ORDERED.

Dated: May 29, 2013

DONNA M. RYU
United States Magistrate Judge